No. 11–5587.  DREWRY *v.* MAINE, *ante,* p. 915; and

No. 11–5824.  POWELL *v.* UNITED STATES, *ante,* p. 922.  Motions for leave to file petitions for rehearing denied.

JANUARY 26, 2012

FEBRUARY 8, 2012

No. 11A691.  KASICH, GOVERNOR OF OHIO, ET AL. *v.* LORRAINE. Application to vacate the stay of execution of sentence of death

entered by the United States District Court for the Southern District of Ohio on January 11, 2012, presented to JUSTICE KAGAN, and by her referred to the Court, denied.